DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GORDON J. CRITTENDON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2771

[July 29, 2021]

Appeal of order denying rule 3.800 motion from the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case Nos. 50-2001-CF-010080-AXXX-MB, 50-2002-CF-002551-AXXX-MB, 50-2002-CF-002752-AXXX-MB, 50-2004-CF-014701-AXXX-MB and 50-2008-CF-017391-AXXX-MB.

Gordon J. Crittendon, Defuniak Springs, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***